IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILIP JOINER-EL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-201-bbc

v.

DAN WESTFIELD, EMILY DAVIDSON,
KATHLEEN NAGLE and EDWARD WALL,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dan Westfield, Emily Davidson, Kathleen Nagle and Edward Wall dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 5/15/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |